PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
DEC 20 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

DOCKET NUMBER (Tran. Court)
3:05-659-1

DOCKET NUMBER (Rec. Court)
PT 07-346

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Orlando Luwilliam Harper<br><br>FILED<br>DEC 2 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | South Carolina | Florence |
| | NAME OF SENTENCING JUDGE<br>Matthew J. Perry, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 2, 2006 — TO June 1, 2009 |

OFFENSE

Count 1- 3:05-497-1: Possessing, Passing, Uttering, Publishing, Selling or Attempting to Pass, Utter, Publish or Sell a Security of an Organization, 18 U.S.C. §§ 513(a) and 2
Count 1 - 3:05-659-1: Possessing, Passing, Uttering, Publishing, Selling or Attempting to Pass, Utter, Publish or Sell a Security of an Organization, 18 U.S.C. § 513(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF South Carolina

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 31, 2006
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Columbia

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

19 December 2006
Effective Date

_____
United States District Judge

(Form Revised in WP80 by D/SC - 9/97)