PROB 12A-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Orlando Luwilliam Harper**                    Docket No.: **07-PT-000346**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation(s) of Supervised Release)

COMES NOW **André M. Wilson**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Orlando Luwilliam Harper**, who was placed on Supervised Release by the Honorable **Matthew J. Perry, Jr.**, United States District Judge, sitting in the Court at South Carolina, on the **7th** day of **September, 2005**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

- pay a $200 special assessment
- pay $15,059.01 restitution
- participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office

On June 27, 2005, Orlando Harper appeared before Matthew J. Perry, Jr., Senior U.S. District Judge for the District of South Carolina and pled guilty to two counts of Possessing, Passing, Uttering, Publishing, Selling or Attempting to Pass, Utter, Publish or Sell a Security of an Organization. On September 7, 2005, the Court imposed a 15-month term of incarceration and a 36-month supervised release term on each count, concurrent.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation(s) of Supervised Release

1.  Mr. Harper failed to refrain from use of illegal drugs. (Standard Condition No. 7)

**Orlando Luwilliam Harper**
**Docket No.: 07-PT-000346**
**Page 2**

Respectfully submitted,

André M. Wilson, Senior
United States Probation Officer
(202) 565-1428

Approved By: _____
Mark McCroson, Supervising
United States Probation Officer