UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Orlando Luwilliam Harper**                             Docket No.: **07-PT-000346**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release with voluntary appearance of **Orlando Luwilliam Harper** on _MARCH 21, 2008_ _before magistrate Judge Facciola_ _TFH_

ORDER OF COURT

Considered and ordered this ___21st___ day of ___November___, 2007.

Thomas F. Hogan
United States Chief Judge
