WARRANT FOR ARREST   102884   CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ORLANDO LUWILLIAM HARPER<br><br>DOB:    PDID# | DOCKET NO  PT: 07-346 (TFH) | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ORLANDO LUWILLIAM HARPER | |

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| WARRANT ISSUED ON THE BASIS OF:<br>[x] Order of Court   [ ] Information<br>[ ] Indictment     [ ] Complaint | DISTRICT OF ARREST | |
|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR HEARING ON VIOLATION OF SUPERVISED RELEASE

(Original Charge : 18:513(a) and 2 : Possessing, Passing, Uttering, Publishing or Selling a Security of an Organization)

RECEIVED WARRANT SECTION 2008 MAY 20 AM 11: 58

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE<br>*(signature)* | DATE ISSUED<br>May 16, 2008 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*(signature)* | DATE<br>May 19, 2008 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/22/08 | NAME AND TITLE OF ARRESTING OFFICER RECEIVING<br>ENRICO L. ILAGAN | SIGNATURE OF ARRESTING OFFICER<br>*(signature)* #9118 |
|---|---|---|
| DATE EXECUTED<br>5/22/08 | | |